# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARL BAHAM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-2418** |
| **DARREL VANNOY** | **SECTION: "H"** |

## ORDER

    The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge (R. Doc. 13) and adopts it as its own opinion.  Accordingly,

    **IT IS ORDERED** that the federal application for habeas corpus relief filed by Carl Baham is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of May 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**