# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARL BAHAM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-2418** |
| **DARREL VANNOY** | **SECTION: "H"** |

## ORDER

Now before the Court is Plaintiff Carl Baham's Motion for Issuance of Certificate of Appealability (R. Doc. 19). However, on May 6, 2021, this Court issued an Order denying the issuance of a certificate of appealability (R. doc. 17). Accordingly, the Court construes Baham's Motion as one for Reconsideration of its previous ruling.

## LAW AND ANALYSIS

A Motion for Reconsideration of an interlocutory order is governed by Federal Rule of Civil Procedure 54(b).[1] "Under Rule 54(b), 'the trial court is free to reconsider and reverse its decision for any reason it deems sufficient, even in the absence of new evidence or an intervening change in or clarification of the substantive law.'"[2]

On May 6, 2021, this Court issued an Order denying the issuance of a certificate of appealability for the reasons stated in the Magistrate Judge's

---

[1] FED. R. CIV. P. 54(b) (noting that a district court may revise at any time prior to final judgment "any order . . . that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties"). *See* McClendon v. United States, 892 F.3d 775, 781 (5th Cir. 2018).

[2] Austin v. Kroger Tex., L.P., 864 F.3d 326, 336 (5th Cir. 2017) (quoting Lavespere v. Niagara Mach. & Tool Works, Inc., 910 F.2d 167, 185 (5th Cir. 1990)).

Report and Recommendations. In the Report and Recommendations, Magistrate Judge Douglas engaged in a thorough analysis of the claims underlying Baham's habeas petition and ultimately concluded that they could not be successful. The Court concurs with Judge Douglas's conclusions and Baham has not provided this Court with a sufficient reason to reconsider its previous ruling. Baham's Motion for Reconsideration is therefore denied. A certificate of appealability should not issue.

Signed in New Orleans, Louisiana this 18th day of June, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**